# ATTACHMENT A

## DESCRIPTION OF PREMISES AND PROPERTY TO BE SEARCHED

The property to be searched is **5835 Arborwood Drive, Apartment A, Columbus, OH 43229** along with the curtilage of the property, any detached outbuildings, detached garages, or vehicles on the property affiliated with this address.  The premise is described as a two-story multi-family apartment building in Franklin County, Ohio within the Southern District of Ohio.  The structure is red brick building comprised of four (4) units located on the west side of Arborwood Drive near the southeast corner of I-71 and E. Dublin Granville Road.  The structure has a gray shingled roof with a dark colored front door with a white colored storm door on the south side of the building under a front porch awning as well as a back door on the north side of the building.  The address numbers "5835" are located on the east side of the structure in black lettering on a white background.  Apartment A is the furthest apartment to the west of this structure with the letter "A" marked in black on a white background located on the mailbox just to the left of the front door.



